IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2018 DEC 10  P 2: 57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| EMORY LASHLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No: 3:18-CV-1030-WC |
| | ) |
| CITY OF JACKSON'S GAP, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

COMES NOW the Defendant, Town of Jackson's Gap, Alabama, improperly identified in Plaintiff's Complaint as "City of Jackson's Gap," and pursuant to 28 U.S.C. §1331,   28 U.S.C. §1441(a) and 28 U.S.C. §1446, and submits hereunder its Notice of Removal of this cause from the Circuit Court for Tallapoosa County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division.   As grounds for the removal of this cause, Defendant states as follows:

1.     On September 19, 2018, Plaintiff commenced this action in the Circuit Court for Tallapoosa County, Alabama, being Case No. 62-CV-2018-900094.   True and correct copies of all documents filed in the state court lawsuit are attached hereto as Exhibit "A".

2.     The Defendant first obtained a copy of the Plaintiff's initial pleading setting forth claims for relief upon which the action in the Tallapoosa Circuit Court was based on or after November 14, 2018, when Defendant received notification from the Clerk of the Tallapoosa County Clerk indicating a docket call had been scheduled in the case.   As of the date of filing this Notice of Removal, Defendant has not been served with a summons.   Further, Defendant has not

1

yet filed its Answer or first pleading in response to Plaintiff's Complaint.

3.     Plaintiff in the Complaint seeks relief and remedies for alleged deprivation of rights secured by the United States Constitution.   (See Exhibit "A", at Complaint).

4.     This Court has original subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331.

5.     Plaintiff's action may be removed to this Court in accordance with 42 U.S.C. §1441(a).   This Court also has supplemental jurisdiction over any claims under state law pursuant to 28 U.S.C. 1367.

6.     Pursuant to 28 U.S.C. §1446(b), the removal of this cause to this Court is timely, as the moving Defendant first obtained a copy of the Plaintiff's initial pleading setting forth claims for relief upon which the action in the Tallapoosa Circuit Court was based on November 12, 2018, when Defendant received notification from the Clerk of the Tallapoosa County Clerk indicating a docket call had been scheduled in the case.

7.     The joinder and consent to removal hereunder by Defendant Deborah Daniel is not required for the following reasons:

        a.     No allegations of any kind have been asserted in the Complaint against Daniel;

        b.     Defendant Daniel is not an employee, agent or elected official of the Town of Jackson's Gap, and is not otherwise affiliated in any way with the Town.   (See Affidavit of Kathleen Thomas, Town Clerk for the Town of Jackson's Gap, attached hereto as Exhibit "B").

        c.     Plaintiff has made no effort to serve Daniel with a summons and

2

Complaint (See Exhibit "A", at Complaint and Consolidated Case Action Summary);

d.   Plaintiff inadvertently and/or fraudulently joined Deborah Daniel in this action as a Defendant;

8.   As required by 28 U.S.C. § 1441, the Defendant seeks to remove this case to the United States District Court for the Middle District of Alabama, Eastern Division, which is the district court embracing the place where the state court lawsuit has been filed.

9.   Pursuant to 28 U.S.C. §1446(d), Defendant shall give written notice of this removal to the Plaintiff's attorney and also file a copy of said Notice with the Clerk of the Circuit Court for Tallapoosa County, Alabama.

WHEREFORE, the above premises considered, Defendant Town of Jackson's Gap, Alabama, improperly identified in Plaintiff's Complaint as "City of Jackson's Gap," requests this Court make and enter proper orders to effectuate the removal of this cause from the Circuit Court of Tallapoosa County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division, and for such other relief as the Court deems just and equitable in the premises.

RANDALL MORGAN (ASB-8350-R70R)
BRAD A. EVERHARDT (ASB-3106-K42T)
Counsel for Defendant Town of Jackson's Gap

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO**
  **COLE & BLACK, P.C.**
Post Office Box 116
Montgomery, AL 36101
(334) 834-7600 - Telephone
(334) 263-5969 - Fax
rmorgan@hillhillcarter.com
beverhardt@hillhillcarter.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 10th day of December, 2018, I have filed the foregoing with the Clerk of the Court and have served a copy of the foregoing by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid to the following:

Timothy L. Dillard, Esq.
T. Geoffrey Dillard, Esq.
Dillard & Associates, LLC
310 18th Street North, Suite 201
Birmingham, AL 35203

Randall Morgan
OF COUNSEL

4